UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-213 (HHK) |
| | : | |
| v | : | |
| | : | |
| CHARLES TUCKER | : | |

GOVERNMENT'S MOTION TO TRANSFER CASE
PURSUANT TO RELATED CASE RULE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to transfer the above-captioned case to the Honorable Emmet G. Sullivan, under the related case provisions of the local rules.  As grounds therefor, the government offers the following points and authorities, and any other information that may be provided at a hearing on this motion.

1.    On June 23, 2005, the defendant was arraigned in the above-captioned case on one count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.   At that time, the defendant had (and continues to have) a case pending before the Honorable Emmet G. Sullivan, criminal case number 04-47.

2.    Pursuant to Local Criminal Rule number 57.12 (a)(1), cases are deemed related when, inter alia,  "(ii) more than one indictment is filed or pending against the same defendant or defendants."  The Government submits that the above captioned case is related to the case pending before Judge Sullivan, in that it involves the same defendant.

3.     Pursuant to Local Criminal Rule number 57.12 (c)(1), new cases are to be assigned "to the judge to whom the oldest related case is assigned."  The Government submits that the oldest related case is presently pending before Judge Sullivan.  The indictment in that

case was returned on February 10, 2004.

4.  Pursuant to Local Criminal Rule number 57.12 (c)(2), "[w]here the existence of related cases in this Court is revealed after cases are assigned, the judge having the later-numbered case may transfer the case to the Calendar Committee for reassignment to the judge having the earlier case. If the Calendar Committee finds that good cause exists for the transfer, it shall assign the case to the judge having the earlier case." The Government submits that good cause exists for the transfer of this matter to Judge Sullivan.

WHEREFORE, the United States respectfully requests that its Motion to Transfer Pursuant to Local Criminal Rule 57.12 be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, David Bos, this 23rd day of June 2005.

_____
Catherine Connelly
Assistant United States Attorney