UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-213 (HHK)** |
| | : | |
| v | : | |
| | : | |
| **CHARLES TUCKER** | : | |

## ORDER

Based on the representations in the government's motion to transfer the case, and finding good cause therefor, it is this _____ day of\_\_\_\_\_, 2005, hereby

ORDERED that the above captioned case be transferred to the Calendar Committe for reassignment to The Honorable Emmet G. Sullivan.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, N.W.
Washington, D.C. 20530

David Boss
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004