UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-213 (HHK)** |
| | : | |
| v | : | |
| | : | |
| **CHARLES TUCKER** | : | |

### ORDER

Upon consideration of parties' representations at the August 4, 2005 status hearing in this matter, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that in the interests of justice, the Speedy Trial Act is tolled from August 4, 2005, through October 6, 2005.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, N.W.
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004