# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Cr. No. 05-213 (EGS) |
| : | |
| **CHARLES TUCKER,** : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

**ORDERED** that defendant's motion is GRANTED; and it is

**FURTHER ORDERED** that the evidence in this case are suppressed.

**SO ORDERED**.

_____
THE HONORABLE JUDGE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD David W. Bos
AUSA Catherine Connelly