UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-213 (EGS) |
| | : | |
| v | : | |
| | : | |
| **CHARLES TUCKER** | : | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion to Suppress Physical Evidence, the Government's opposition thereto, and the record herein, it is this _____ day of _____, 2006 hereby

ORDERED, that the Defendant's Motion be DENIED.

_____
UNITED STATES DISTRICT JUDGE


copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, N.W.
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004