**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 05-213   (EGS)
CHARLES TUCKER                                04-47
    Defendant.
_____/

**ORDER**

On **JULY 20, 2006**, the defendant pled guilty to the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **SEPTEMBER 28, 2006**; defendant's memorandum of law, if any shall be filed by no later than **OCTOBER 5, 2006**; the Government's memorandum of law, if any shall be filed by no later than **OCTOBER 12, 2006,** a reply, if any, shall be filed by no later than **OCTOBER 19, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **OCTOBER 26, 2006 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: July 2o, 2006        EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE