UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-213 (EGS) |
| v. | : | |
| CHARLES TUCKER | : | |

FILED
JUL 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

   A.   The essential elements of the offense of Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) are:

      1.   That the defendant knowingly possessed a firearm;

      2.   That the firearm had been shipped or transported from one state to another; and

      3.   That, at the time the defendant possessed the firearm, the defendant had been convicted of a felony, that is, possession with the intent to distribute cocaine.

II.   COPY OF THE PLEA AGREEMENT:

   A copy of the plea agreement, not yet executed by the defendant, is attached.

III.   PENALTIES:

   A.   Pursuant to 18 United States Code §922 and § 924, Count One carries a maximum sentence of 10 years imprisonment, a $250,000 fine and up to three

years of supervised release.

IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On May 4, 2005, members of the Metropolitan Police Department's Sixth District Focus Mission Team were on patrol in southeast Washington, DC. When the team arrived in the 5000 block of D Street, SE, at approximately 4:40 pm, they saw the defendant, Charles Tucker, pull a silver object from his waistband and lean down next to a dark vehicle. As the defendant leaned over, officers heard a loud clinking noise, as if metal was hitting concrete. The defendant then stood up quickly and kicked the object he had just placed next to the car. The defendant was stopped, and officers located a silver .22 caliber Jennings handgun underneath the dark colored vehicle. The handgun was loaded with 6 rounds of .22 caliber ammunition. The defendant had the firearm on his person prior to dropping it underneath the car.

The defendant knowingly and intentionally possessed the .22 caliber Jennings firearm and the .22 caliber ammunition found in the firearm. The .22 caliber Jennings firearm was test fired and found to be operable. The .22 caliber Jennings firearm and the .22 caliber ammunition found in the firearm traveled from another state into the District Columbia on or before May 4, 2005.

At the time he committed this offense, Charles Tucker had the following criminal convictions: Possession with the Intent to Distribute Cocaine (Prince George's County, Maryland, case number CT010865X), Reckless Endangerment and Wearing a Handgun ((Prince George's County, Maryland, case number CT01001215X). Furthermore, at the time he committed this offense Charles Tucker was pending sentencing in D.C. District Court Case

2

407

Number 04-047.

 

                                                Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, David Bos, this 4th day of November, 2005.

_____
Catherine Connelly
Assistant United States Attorney