# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NOS.** **04-407 (EGS) &** |
| | : | **05-213 (EGS)** |
| **v** | : | |
| | : | |
| **CHARLES TUCKER** | : | |

## <u>ORDER</u>

Upon consideration of the Government's Motion for Guidelines Credit, the Government's

Motion for Increase in Base Offense Level, and the record herein, it is this _____ day of

_____, 2006, hereby

ORDERED, that the Government's Motion be Granted.


_____
UNITED STATES DISTRICT JUDGE


copies to:

Catherine K. Connelly
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C.  20004