**Leave to file is GRANTED.**

*[signature]*
EMMET G. SULLIVAN
Judge, U.S. District Court
DATE: 11-14-06

11-6-06

**FILED**
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Motion 35B"
"Motion For Sentence Reduction"

04cr 47 + 05cr 213

I Charles Tucker #289-871 Hereby Submitting this Motion For A Sentence Reduction For Reasons As Below:

Judge Sullivan, Sir I'm changing my life. As I mentioned infront of you on my Sentencing court Date, This Has Been A Nightmare for me Sir. I'm Rehebilating myself to Be A productive citizen again and more then anything, Sir I miss my kids. The time I've Been in this place I Have not Been wasting time Sir. I intend to Return Home and Be a Law abiding citizen. Judge Sullivan I know that I'm young, But Sir I Have what it takes to Be A productive citizen. I know that I Am going to need Help Along the way and I intend to take Advantage of every opportunity that Has or is going to Be givin to me So I can succeed and Be A Better person. So many changes Has Accured in my life in such A Short time, In my Heart I Feel As Though I can make it Sir. Judge Sullivan I Am going to Succeed in Life, I plan to Further my education once I Have obtained my G.E.D. I want To go into the Electrical Field, I like Dealing with Electronics and Computer's. Judge Sullivan, Sir I'm Requesting this Sentence Reduction So that Hopefully I can Return Home while I'm Still in My youth and any productive years for the Future. Sir I want to Return Home, put this Behind me, and Become A positive Roll Model for my three little Boy's, I Have A Six year old, A four year old and A two years old who's about to turn Three in January. Sir this Cituation Has Truely Been Electrifien. Judge Sullivan I'm Asking you to Accept this Motion. I was wrong for Carrien weapon's And I know I Have to Serve A punishment. I've Accepted the Fact that There some thing's that I can't Change, Judge Sullivan I Am Determined to Change the Thing's that I can Change. Meaning that I never plan to place myself in A Cituation like this ever Again. I've Lost Alot Judge Sullivan And it's A Hurting Feeling, I Am way Better then this and I'm very Talented.

Sir I've Been Threw alot and I Have more to go Threw, But I am not going to Fail my kids or my Family Again. Judge Sullivan Before I end This, I just want to say, I will not Dissappoint you. I'm Blessed to still Be able to wake up and live my Life and Function with a Clear Mind. Judge Sullivan if you decide to Deny this Motion, I will still keep in contact with you to keep you informed on my improvements.

Sincerely:
Charles Tucker,