UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>CHARLES TUCKER,              )<br>)<br>         Defendant.          )<br>_____) | Criminal No. 04-47 (EGS) |
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>CHARLES TUCKER,              )<br>)<br>         Defendant.          )<br>_____) | Criminal No. 05-213 (EGS) |

### ORDER

Currently pending in these cases is defendant's Motion to Reduce Sentence, which was filed on November 14, 2006. The United States has never responded to this motion. Thus, it is

**ORDERED** that the United States shall respond to this motion by no later than **May 24, 2007.**

   SO ORDERED.


Signed:   Emmet G. Sullivan
          United States District Judge
          April 24, 2007