UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NOS.** |
| | : | **05-213 (EGS)** |
| v | : | |
| | : | |
| **CHARLES TUCKER** | : | |

### ORDER

Upon consideration of the defendant's Motion for Reduction in Sentence, the Government's Opposition thereto, and the record herein, it is this _____ day of

_____, 2007, hereby

ORDERED, that the defendant's Motion be Denied.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C. 20004