UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES TUCKER,<br><br>Defendant. | )<br>)<br>) Criminal No. 04-47 (EGS)<br>)<br>)<br>)<br>)<br>) |

UNITED STATES OF AMERICA

Criminal No. 05-213 (EGS)

v.

CHARLES TUCKER,

Defendant.

## ORDER

Currently pending in these cases is defendant's pro se motion styled as a "Motion 35B" and "Motion for Sentence Reduction." Defendant has not presented any legal basis for a reduction of his sentence. Federal Rule of Criminal Procedure 35(b) pertains only to sentence reductions based upon providing substantial assistance to the government, and even then only upon motion by the government. The government having not made such a motion, and there being no other reason to reduce defendant's sentence, it is hereby

ORDERED that defendant's motion is DENIED.

SO ORDERED.

Signed:    **Emmet** G. Sullivan
           United States District Judge
           May 31, **2007**